FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 MAR 14 P 3:28

CLERK JBurton
S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| STEPHANIE L. JOHNSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 317-009 |
| ORCHARD HEALTH AND REHABILITATION, | ) | |
| Defendant. | ) | |

# ORDER

*Pro se* Plaintiff Stephanie L. Johnson seeks to proceed *in forma pauperis* in the above-captioned case. (Doc. no. 4.) While Plaintiff is a resident of Dublin, Georgia, located in Laurens County in the Dublin Division of the Southern District of Georgia, the events that comprise the basis of his complaint occurred at her place of employment in Candler County, Georgia, within the Statesboro Division of the Southern District of Georgia. (See doc. no. 1, pp. 2-3.)

Thus, it appears that this case properly belongs in the Statesboro Division of the Southern District of Georgia. Accordingly, the case is hereby **TRANSFERRED** to the Statesboro Division and is assigned Civil Action Number CV617-039. All future filings in this case should be made with the Clerk, U.S. District Court, P.O. Box 8286,

Savannah, Georgia 31412.

SO ORDERED this 14th day of March, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

2