FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2017 AUG -4 AM 9:34

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| STEPHANIE L. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV617-039 |
| | ) | |
| ORCHARD HEALTH AND | ) | |
| REHABILITATION, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

This Court granted *pro se* plaintiff Stephanie Johnson a reduction of the normal filing fee based on her financial need and allowed her to pay the reduced fee in instalments. *See* doc. 10. It warned her that any default might result in a recommendation of dismissal. *Id.* at 3. Johnson made no payment. The Court then provided her with a final opportunity to make the required payments and to show cause why she had failed to comply with the Court's prior Order. *See* doc. 11. Johnson, again, failed to respond. Since she has failed to comply with multiple Court orders and to prosecute her case, it should be **DISMISSED**. *See* Fed. R. Civ. P. 41(b); S.D. Ga. L.R. 41.1(c).

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. U.S.*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 3rd day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA