UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| STEPHANIE L. JOHNSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV617-039 |
| ORCHARD HEALTH AND REHABILITATION, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, and this case is **DISMISSED** without prejudice.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of August, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA